IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM DENIS MCCANN, | ) | No. C 07-4513 JSW (PR) |
| Petitioner, | ) ) | **ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS** |
| vs. | ) ) | |
| ATTORNEY GENERAL OF CALIFORNIA, | ) ) ) | |
| Respondent. | ) ) | |

    This is a petition for a writ of habeas corpus brought pro se by a Nevada probationer regarding a California state conviction pursuant to 28 U.S.C. § 2254, filed on August 31, 2007. However, it appears that Petitioner inadvertently filed two petitions, as the Court has examined the earlier petition, filed under Case No. C 07-3865 JSW (PR), and found that it is identical to this one.

    Accordingly, the instant petition is DISMISSED as it was filed in error and the earlier petition will remain open. Petitioner is advised that he must include the proper docket number from that case, C 07-3865 JSW (PR) on all correspondence with the Court. The Clerk shall close the file and enter judgment in this matter.

    IT IS SO ORDERED.

DATED: January 8, 2008

                                                          _/s/ Jeffrey S. White_
                                                       JEFFREY S. WHITE
                                                       United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM D. MCCANN,

    Plaintiff,

v.

WILLIAM WESTWOOD LOCKYER et al,

    Defendant.

Case Number: CV07-04513 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William D. McCann
P.O. Box 370
Genoa, NV 89411

Dated: January 8, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk