|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM DENIS MCCANN,  )  No. C 07-4513 JSW (PR)
               Petitioner,  )
                          )  **JUDGMENT**
   v.  )
ATTORNEY GENERAL OF  )
CALIFORNIA,  )
               Respondent.  )

      The Court has dismissed this pro se petition as duplicative of an earlier-filed habeas petition. A judgment of dismissal is entered.

      IT IS SO ORDERED.

DATED: January 8, 2008

                                         */s/ Jeffrey S. White*
                                         JEFFREY S. WHITE
                                         United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

WILLIAM D. MCCANN,

    Plaintiff,

v.

WILLIAM WESTWOOD LOCKYER et al,

    Defendant.

Case Number: CV07-04513 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William D. McCann
P.O. Box 370
Genoa, NV 89411

Dated: January 8, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk